AUSA: Jerome F. Gorgon, Jr.     Telephone: 313-226-9676
Special Agent : Douglas Bercume, ATF     Telephone: 313-202-3500

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case: 2:17-mj-30008 |
| v. | Assigned To : Unassigned |
| Corey Toney, | Assign. Date : 1/5/2017 |
| | Description: CMP USA v. SEALED MATTER (SO) |
| Defendant(s). | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __July 8, 2016__, in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with intent to distribute a controlled substance; |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Douglas Bercume, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: JAN 0 5 2017

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Mona K. Majzoub, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Special Agent Douglas A. Bercume, being sworn, depose and state the following:

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, since September of 2013, and am currently assigned to the Detroit Field Office. I am also a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have conducted numerous investigations into the unlawful use and possession of firearms; the importation and distribution of controlled substances; drug related laundering of monetary instruments; and conspiracies associated with criminal firearms offenses, narcotics, and money laundering offenses.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement sources and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I am currently investigating Corey TONEY, date of birth xx/xx/1981, for a violation of Federal Narcotics Laws.

3. On July 8, 2016, members of the Comprehensive Violence Reduction Partnership (CVRP) executed a federal search warrant at 16867 Pinehurst Street, Detroit, Michigan. Upon arrival at the residence, ATF Task Force Officer Bryant knocked and announced law enforcement's purpose and

1

presence at the front door, and after a period of time and having received no response from within, ordered the door forced.

4. ATF Task Force Officer Treva Eaton provided rear perimeter security during the search warrant execution. While the front door was being forced, ATF Task Force Officer Treva Eaton observed a black male, later positively identified as Corey TONEY, throw a white object, wrapped in plastic, out of the top floor bedroom window on the north side of the house. The item was recovered and later field tested positive for the presence of cocaine. TONEY was the only male located in the upstairs of the location.

5. During a search of the location, a State of Michigan identification card in the name of Corey TONEY and a folder of checks from TCF Bank with the name Corey TONEY and the address of 16867 Pinehurst, Detroit, Michigan, were found in the upstairs west bedroom. Miscellaneous documents for Corey TONEY were also located in the main floor hallway closet. A box of zip lock plastic bags and a digital scale were also recovered from the kitchen.

6. The Oakland County Office of the Sheriff, Forensic Science Laboratory, tested the plastic bag TONEY threw out of the window. In report number 16-1616, dated August 11, 2016, this test revealed the presence of cocaine HCL, with a tested weight of approximately 30.6 grams.

7. Based on my training and experience, including working on federal narcotics investigations, 30.6 grams of cocaine is an amount greater than personal use.

2

The zip lock plastic bags and digital scale are narcotic paraphernalia are also indicative of distribution and not personal use.

8. Based on the aforementioned facts, I have probable cause to believe that Corey TONEY, date of birth xx/xx/1981, did possess with intent to distribute a controlled substance, namely cocaine, in violation of Title 21 U.S.C. Section 841(a)(1), said violation occurred on July 8, 2016, in the County of Wayne, Eastern Judicial District of Michigan.

_____
Special Agent Douglas A. Bercume
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to before me
on this 5th day of January, 2017.

_____
Hon. Mona K. Majzoub, U.S. Magistrate Judge